ROBERT SCOTT LYNN

V.

COMMONWEALTH OF VIRGINIA

Record No. 981146

February 26, 1999

Present: All the Justices

*Roger D. Groot* for appellant.

*Leah A. Darron, Assistant Attorney General (Mark L. Earley, Attorney General,* on brief), for appellee.

PER CURIAM

We awarded this appeal to review a judgment of the Court of Appeals of Virginia holding that the Circuit Court of Rockbridge County properly refused defendant's proffered Instruction L on "cooling off," Instruction O on "right to arm," and Instruction S on "relative strength and size" of the parties. *Lynn* v. *Commonwealth,* 27 Va. App. 336, 499 S.E.2d 1 (1998).

For the reasons stated on the above issues in the opinion of the Court of Appeals, we will affirm the judgment entered below.

*Affirmed.*